1  Alex M. Weingarten (Bar No. 204410)
   Jefferson K. Logan (Bar No. 136962)
2  LAGER WEINGARTEN, LLP
   1800 Century Park East, Suite 600
3  Los Angeles, California 90067
   Tel:  310.471.8773
4  Fax: 310.388.0464
   aw@lagerweingarten.com
5  jlogan@lagerweingarten.com

6  *Attorneys for Defendants*
   Allumination Filmworks, LLC, Contentco Acquisition Company, LLC
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | INTERNATIONAL MUSICAL TREASURES, INC., aka IMT Records, a California Corporation, | Case No. CV 07-2892 SVW (CTx) |
12 | | **STIPULATION AND ORDER OF DISMISSAL** |
13 | Plaintiff, | |
14 | v. | |
15 | ALLUMINATION FILMWORKS, LLC, a Delaware Limited Liability Company, CONTENTCO ACQUISITION COMPANY, LLC, a Delaware Limited Liability Company, UAV CORPORATION, a South Carolina Corporation, and DOES 1-10, inclusive, | |
16 | | |
17 | | |
18 | | |
19 | | |
20 | Defendants. | |

---

STIPULATION AND ORDER OF DISMISSAL

1  This Stipulation and [Proposed] Order is made by and between plaintiff International Musical Treasures, Inc. ("IMT"), on the one hand, and defendants Allumination Filmworks, LLC and Contentco Acquisition Company, LLC (collectively "Defendants"), on the other, by and through their respective counsel of record.

WHEREAS, on or about May 2, 2007, IMT filed the Complaint against Defendants in this action;

WHEREAS, on or about August 1, 2007, IMT filed its First Amended Complaint;

WHEREAS, on or about December 28, 2007, IMT and Defendants have entered into a written Settlement Agreement resolving their claims;

WHEREAS, the Settlement Agreement provides that Defendants be dismissed from the above-entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

NOW, THEREFORE, it is hereby stipulated and agreed that all causes of action against Defendants shall be dismissed with prejudice; and

IT IS FURTHER STIPULATED THAT all Parties shall bear their own costs and fees.

Dated: February 4, 2008        COGGAN & TARLOW, LLP

By: _____
~~Jay M. Coggan~~ DAVID N. TARLOW
*Attorneys for Plaintiff*
International Musical Treasures, Inc.

| | |
|---|---|
| Dated: February 1, 2008 | LAGER WEINGARTEN LLP |
| | By: _____ |
| | Alex M. Weingarten |
| | *Attorneys for Defendants* Allumination Filmworks, LLC and Contentco Acquisition Company, LLC |

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                   Hon. Stephen V. Wilson
                                   United States District Court Judge